UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCANSOFT, INC.,

    Plaintiff,

v.

ART ADVANCED RECOGNITION
TECHNOLOGIES, INC.

    Defendants.

Civil Action No. 04 10840 PBS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Local Rule 7.3(A), Plaintiff ScanSoft, Inc. states that it is a publicly held company with no corporate parent. ScanSoft also states that Xerox Corporation owns more than 10% of ScanSoft's stock.

Dated: April 27, 2004

SCANSOFT, INC.,

By its attorneys,

Lee Carl Bromberg, BBO #058480
Robert M. Asher, BBO #022865
Julia Huston, BBO #562160
Brian M. Donovan, BBO #650551
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

02639/00550 307658.1