# United States District Court

DISTRICT OF __MASSACHUSETTS__

SCANSOFT, INC.

V.

ART ADVANCED RECOGNITION TECHNOLOGIES, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10840 PBS

TO: (Name and address of defendant)

ART Advanced Recognition Technologies, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian M. Donovan
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110-1618
617-443-9292

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

APR 27 2004
DATE

# RETURN OF SERVICE

Service of the Cover Letter to Civil Clerk, USDC Court for the District
Of MA; Summons, Complaint; Civil Cover Sheet; Case Category Sheet;
Form AO 120; ScanSoft's Local Rule 7.3 Statement was made by me   DATE:   4/30/04

| NAME OF SERVER (PRINT) | TITLE: |
|---|---|
| BRANDON COPES | Private Process Server |

**Check one box below to indicate appropriate method of service**

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of the person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

✘ Other (specify): _____ served ART ADVANCED RECOGNITION TECHNOLOGIES, INC. C/O THE CORPORATION TRUST COMPANY AT 1209 ORANGE STREET, Wilmington, DE copies thereof WERE ACCEPTED BY GREGORY BORGESE, Process Agent, who was authorized to receive service on its behalf

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/30/04
           Date:

*Brandon Copes*
Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE  19899
(302) 475-2600

Address of Server