IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
SCANSOFT, INC.                      )
                                    )
            Plaintiff,              )
v.                                  )   Civil Action No. 04-10840-PBS
                                    )
ART ADVANCED RECOGNITION            )
TECHNOLOGIES, INC.                  )
                                    )
            Defendant.              )
_____)

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant ART Advanced Recognition Technologies, Inc. ("ART") files this assented-to motion for the Court to extend until June 21, 2004 the date by which ART is required to answer, move, or otherwise respond to the Complaint. Counsel for Plaintiff ScanSoft, Inc. has assented to this extension of time. This is the first extension of time filed in this action.

WHEREFORE, ART respectfully requests that the Court extend until June 21, 2004 the date by which it is required to answer, move, or otherwise respond to the Complaint.

Dated: May 20, 2004                 Respectfully submitted,

                                    ART ADVANCED RECOGNITION
                                    TECHNOLOGIES, INC.

                                    By its Counsel,

                                    /s/ Steven M. Bauer

E-mail: sbauer@proskauer.com        Steven M. Bauer (BBO #542531)
E-mail: cchung@proskauer.com        Christopher H. Chung (BBO #647297)
E-mail: joczek@proskauer.com        Jeremy P. Oczek (BBO #647509)
                                    PROSKAUER ROSE, LLP
                                    One International Place
                                    Boston, MA  02110
                                    Tel: (617) 956-9600
                                    Fax: (617) 956-9899