IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 04-10840-PBS |
| ART ADVANCED RECOGNITION TECHNOLOGIES, INC. | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendant ART Advanced Recognition Technologies, Inc. ("ART") states as follows:

1. ART is a non-governmental corporate party in the above-captioned action.

2. There are no parent corporations of ART.

3. There are no publicly held corporations that own ten percent or more of the stock of ART.

Respectfully submitted,
ART ADVANCED RECOGNITION
TECHNOLOGIES, INC.
By its Counsel,

/s/ Steven M. Bauer
_____
Steven M. Bauer (BBO #542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 956-9600
Fax: (617) 956-9899

Dated: June 14, 2004