# **EXHIBIT C**

**(Part 1 of 2)**

# VoiceDial

## OPERATING GUIDE

America's First Speaker Independent

Voice Command System For
Cellular Telephones





i

## Table Of Contents

INTRODUCTION ............................................................. 1

VOICE COMMAND YOUR PHONE ............................... 1

STARTING VOICEDIAL .............................................. 2

DIAL BY DICTATING DIGITS ...................................... 4

REDIAL THE LAST NUMBER DIALED ........................ 5

HANG UP THE PHONE ................................................ 6

ANSWER INCOMING CALLS ...................................... 7

STORE TELEPHONE NUMBERS BY VOICE ............... 7

STORE BY VOICE PROCEDURE ................................. 9

DIAL BY DESCRIPTIVE WORDS ............................... 10

DIAL STORED NUMBERS IN MEMORY ..................... 11

DIAL/ANSWER BY VOICE PROCEDURE .................... 12

USER PROGRAMMABLE FEATURES ......................... 13

VOICEDIAL MESSAGES AND RESPONSES ............... 14

HINTS IN OPERATING VOICEDIAL ........................... 15

STORED NUMBERS DIRECTORY ............................... 17

All rights reserved. Copyright By-Word Technologies, Inc. 1989.

System Technologies supplied by
Voice Control Systems and By-Word Technologies, Inc.

## INTRODUCTION

Welcome to Uniden America Corporation's new world of voice command phone operation! Using your cellular phone with VoiceDial is not only easy, it adds safety, speed and convenience. VoiceDial permits normal phone functions, besides adding voice command features as well. Now, keep both hands on the steering wheel and your eyes on the road while you make or receive your telephone calls.

Before you begin, please take a few minutes to read through this Guide. It contains all the information you need to get started, plus useful hints to help you get the best performance from VoiceDial.

KEEP THIS GUIDE IN THE GLOVE COMPARTMENT OF YOUR VEHICLE FOR REFERENCE.

## VOICE COMMAND YOUR PHONE

You can voice command your phone in a number of ways:

- Dictate the digits of the phone number you want to dial.

- Say one of ten descriptive words to dial preprogrammed numbers. For example, "*Office*" to dial your office number, "*Home*" to dial your home number, etc.

- Access 19 stored numbers from your phone's memory and dial this number with a key word.

- Hang up your phone by a simple command.

- Answer incoming calls by voice command.

We hope that you use all of these features when you make and receive your phone calls, but whichever feature's you use, VoiceDial puts you in command of your phone!

### STARTING VOICEDIAL

◊ **Power On** - When you turn the power on to your phone, you hear several tones. This indicates VoiceDial is testing itself and when completed, you hear "*Hello.*" This occurs each time you turn the ignition on.

◊ **Standby** - After the ignition is turned on and VoiceDial has completed its testing, VoiceDial is in standby and waits until you say the key words to start.

◊ **Key words** - To start VoiceDial, say the two key words, "*Phone*"..."*Start*" with a one second pause between them.

*NOTE: Be sure to leave a one second pause between the two words. This pause prevents Voicedial from accidentally starting from conversations inside your vehicle.*

If too short of a pause is left between the words, VoiceDial may: Remain silent while waiting for the second word, say "*Slower please*" which indicates not a long enough pause between the words, or other responses.

We recommend that you take a few minutes to practice this feature. (Listen to the provided audio cassette tape to hear how VoiceDial works.)

◊ **Practice Key Words** - Turn the power on and press * * 7 on your phone keypad. (This code is only used for the practice session.)

Say the words "*Phone*"..."*Start*," in a normal voice while facing the microphone (located 12 to 18 inches away). If VoiceDial understands each of the three elements, you hear "*Ready*" and on the phone display you see three 1's for about one second. Each digit 1 indicates a correct recognition for each element.

If any one of the three elements (first word, a pause, second word) is not correct, VoiceDial says "*Error*" and the display shows a digit 0 for each incorrect element.

· 2 ·

To end the practice session, press any key, otherwise it is automatically deactivated after a one and a half minute time out which returns VoiceDial to standby.

Should you still have trouble with starting VoiceDial, call Uniden technical support at (317) 842-2483. The practice session also works during a call-in-progress. You are first asked if you heard "Hello" from VoiceDial. If not, press the buttons **1 and then press **7 and say the key words "Phone"..."Start." Now you are asked what appeared on the phone display and they can tell you where the trouble is. During your call, **7 must be entered to see the recognition for each element result.

NOTE: *If for any reason you cannot start Voicedial by voice command, press the END button.*

◊ VoiceDial responds with "Ready" and a beep.

The response "Ready" means that VoiceDial is waiting for you to speak a command. If you do not say a command in a short period of time, VoiceDial puts itself in standby.

As soon as you hear "Ready," make your phone call with VoiceDial in one of four ways:

Dial By Dictating Digits ............................... Page 4
Redial The Last Number Dialed ............... Page 5
Dial By Descriptive Words ....................... Page 10
Dial Stored Numbers In Memory ........... Page 11

DIAL BY DICTATING DIGITS

◊ Say *"Phone"..."Start."* You hear *"Ready,"* and a beep.

◊ Say *"Dial."*

◊ VoiceDial responds with *"Number please."*

◊ Say the phone number, speaking <u>one digit at a time</u>, say the first digit and pause until you hear a beep, then proceed to the next digit (each digit is shown on the phone display as you speak it). Wait until you hear this beep before you say the next digit.

◊ After speaking the last digit and hearing a beep you must say *"End."* This tells VoiceDial that you have finished speaking the digits.

◊ VoiceDial repeats the number back to you and also shows the telephone number on the phone display.

◊ Say *"Send."*

◊ VoiceDial says *"Dialing,"* and dials the number.

At any time during this sequence, if you or VoiceDial make a mistake, simply say *"Clear."* The last digit is cleared off the phone display and VoiceDial says *"Digit please."* You then enter a new digit.

To clear the whole display, say another *"Clear."* To dictate the number again, begin with *"Dial"* and then the digits as outlined above.

On occasion, VoiceDial does not understand what you have said and asks you to *"Repeat please"* or *"Pardon."* If this happens, repeat the last digit or last command only. <u>Do not repeat the whole sequence of digits.</u>

- 4 -

VoiceDial may also say "*Louder please.*" If this happens just follow the request and speak the command accordingly.

The response "*Slower please*" means VoiceDial needs a longer pause between commands.

## REDIAL THE LAST NUMBER DIALED

Use this feature to redial phone numbers that you could not get through (the line is busy or there is no answer).

To use the Last Number Dialed feature, do the following:

◊ Say "*Phone*"..."*Start.*" You hear "*Ready,*" and a beep.

◊ Say "*Send.*" Voice Dial calls the last number dialed.

NOTE: *This number may not appear on the phone display.*

If you do not remember what the last number you dialed was, do the following:

◊ Say "*Phone*"..."*Start.*" You hear "*Ready,*" and a beep.

◊ Say "*Call.*"

◊ VoiceDial says "*Calling.*"

◊ Say "*Memory.*"

◊ VoiceDial asks "*Which memory?*"

◊ Say "*Zero*"..."*Zero*" Wait for the beep after each digit.

Say "*Send*" and VoiceDial dials the call, or say "*Verify*" and the phone number is repeated back to you before you say "*Send.*" This is convenient to check the last number dialed contents before making the call.

At any time you can say "*Clear*" and VoiceDial goes back to "*Ready.*" To completely abandon the dialing sequence say "*Clear*" again. You hear 2 beeps. VoiceDial is in standby.

· 5 ·

HANG UP THE PHONE

After you finish your conversation and want VoiceDial to hang up the phone:

◊ Say "*Phone*" ..."*Quit.*" Pause about one second between each word. (Pressing the END button on your phone also hangs up the phone.)

◊ You hear one beep followed by a pause and then a double beep.

◊ VoiceDial automatically hangs up the phone and is in standby.

*NOTE: If you cannot hang up the phone by voice command (this occurs while attempting to make a call and the phone at the other end is still ringing or busy), press the END button.*

During a conversation there may be an occasion when you hear a beep. VoiceDial, while in standby, mistakingly heard the command to hang up the phone. If this happens, ignore the beep and continue talking. VoiceDial recognizes you are still talking and keeps the line open.

After your conversation has ended and you want to immediately dial another number, do the following:

◊ Say "*Phone*" ..."*Start*" instead of "*Phone*" ..."*Quit.*"

◊ VoiceDial hangs up the first call, then says "*Ready*" and waits for your voice commands to dial the second call.

- 6 -

### ANSWER INCOMING CALLS

When the phone rings, to answer the incoming call with VoiceDial:

◊ Say "*Phone.*" You must speak this command between rings. This may take several attempts to accomplish.

◊ VoiceDial says "*OK*" and now you can talk to your caller with the handsfree microphone.

When you have finished your conversation, to hang up the phone with VoiceDial:

◊ Say *Phone*"..."*Quit,*" or press the END button.

### STORE TELEPHONE NUMBERS BY VOICE

To use VoiceDial's Dial By Descriptive Words or Dial Stored Numbers In Memory, do the following:

To store your home telephone number using the descriptive word "*Home*":

◊ Say "*Phone*"..."*Start.*" You hear "*Ready,*" and a beep.

◊ Say "*Dial.*"

◊ VoiceDial says "*Number please.*"

◊ Say your home number, <u>one digit at a time</u>, waiting for the beep after each digit.

◊ After saying the last digit and hearing the beep, say "*End.*"

◊ VoiceDial repeats the number to you.

◊ Say "*Store.*"

◊ VoiceDial responds with "*Storing.*"

◊ Say "*Home.*" (*See* Store Numbers In Memory *below*).

- 7 -

◊ VoiceDial says *"Storing Home,"* and proceeds to store your home number. When finished storing, VoiceDial says *"Ready."*

◊ You can now store another phone number against another VoiceDial descriptive word using the same procedure as above, beginning at the command *"Dial,"* or finish by saying *"Clear"* or press the END button.

NOTE: See the Store By Voice Procedure *chart on page 9.*

<u>Store Numbers In Memory</u> – Store telephone numbers in the phone's memory locations 01 through 19 as follows:

◊ Instead of saying *"Home"* as in above, say *"Memory."*

◊ VoiceDial asks *"Which memory?"*

◊ Say the two digit memory location 01 - 19, <u>one digit at a time</u>. You must say two digits for a memory location. Example: *"Zero"*...*"Two"* for memory location 2, or *"One"*...*"Six"* for memory location 16. Wait for the beep after each digit.

◊ VoiceDial says *"Storing memory..."* and stores the phone number in the designated memory location.

NOTE: See the Store By Voice Procedure *chart on page 9.*

Keep a record of the numbers you are storing in the memory locations in the back of this manual on page 17. You may need to refer to this list in the future.

NOTE: *Any number stored with this procedure can be erased by over writing with a new number.*

- 8 -