# EXHIBIT C

**(Part 2 of 2)**

Case 1:04-cv-10840-PBS    Document 7-5    Filed 06/16/2004    Page 2 of 11



STORE BY VOICE PROCEDURE

Say "Phone"..."Start" or press END

"Ready"

Say "Dial"

"Number please"

Say each digit with about a one second pause

After the last digit say "End"

Number is repeated

Say "Store"

"Storing"

| Say only one | Say "Memory" |
|---|---|
| "Home" <br> "Office" <br> "Secretary" <br> "Information" <br> "Emergency" <br> "Service" <br> "Friend" <br> "Broker" <br> "Work" <br> "Bank" | "Which memory?" <br><br> Say the two digit memory location 01 - 19 |
| "Storing..." | "Storing memory..." |

To end the procedure say "Clear" or press END

- 9 -

## DIAL BY DESCRIPTIVE WORDS

VoiceDial can dial numbers associated with any of the ten descriptive words listed below.

*NOTE: Before using this feature, first store telephone numbers to some or all of the descriptive words listed below. Do this by using the procedure in* Store Telephone Numbers By Voice.

◊ Say *"Phone"..."Start."* You hear *"Ready,"* and a beep.

◊ Say *"Call."*

◊ VoiceDial says *"Calling."*

Say one of the words from VoiceDial's descriptive word list:

| | |
|---|---|
| "Home" | "Service" |
| "Office" | "Friend" |
| "Secretary" | "Broker" |
| "Information" | "Work" |
| "Emergency" | "Bank" |

◊ VoiceDial says *"Calling..."* and the descriptive word.

You now have a choice: say *"Send"* and VoiceDial dials the call, or say *"Verify"* and the telephone number is repeated back to you before you say *"Send."*

At any time during this sequence you can say *"Clear"* and VoiceDial goes back to *"Ready."* To completely abandon the dialing sequence say *"Clear"* again. You hear 2 "beeps." VoiceDial is in standby.

*NOTE: See* Dial/Answer By Voice Procedure *chart on page 12.*

### DIAL STORED NUMBERS IN MEMORY

VoiceDial can access the phone's memory to retrieve numbers that you have stored there. Valid memory locations are 01 through 19.

NOTE: *Before using this feature, first store telephone numbers to some or all of the memory locations 01 through 19. Do this by using the procedure in Store Telephone Numbers By Voice.*

◊ Say *"Phone"..."Start."* You hear *"Ready,"* and a beep.

◊ Say *"Call."*

◊ VoiceDial says *"Calling."*

◊ Say *"Memory."*

◊ VoiceDial asks *"Which memory?"*

◊ Say the two digit memory location. You must say two digits for a memory location. Example: *"Zero"..."Two"* for memory location 2, or *"One"..."Six"* for memory location 16. Wait for the beep after each digit.

NOTE: *Your Uniden phone, memory locations 20 through 30 are no longer accessible. If you say any one of these locations by mistake, VoiceDial responds with "Location error" and then asks you for a new command by saying "Memory please." Now say a valid memory location 01 and 19.*

You now have a choice: say *"Send"* and VoiceDial dials the call, or say *"Verify"* and the phone number is repeated back to you before you say *"Send."* This is convenient to check the memory location's contents before making the call.

At any time during this sequence you can say *"Clear"* and VoiceDial goes back to *"Ready."* To completely abandon the dialing sequence say *"Clear"* again. You hear 2 "beeps." VoiceDial is in standby.

NOTE: *See Dial/Answer By Voice Procedure chart on page 12.*



DIAL/ANSWER BY VOICE PROCEDURE

| Dial by digits | Dial by memory or single word | Redial last number | Answer incoming call |
|---|---|---|---|
| Say "Phone," one second pause, "Start" or press END | | | Phone rings |
| "Ready" | "Ready" | "Ready" | Between rings say "Phone" |
| Say "Dial" | Say "Call" | | |
| "Number please" | "Calling" | | |
| Say digits | Say "Memory" / Say only one | | |
| Say "End" | "Which memory?" / "Home" "Office" "Secretary" "Information" "Emergency" "Service" "Friend" "Broker" "Work" "Bank" | | |
| Digits repeated | Say two digit memory location 01 – 19 | | |
| | "Calling memory..." / "Calling..." | | |
| | "Verify" | | |
| Say "Send" | | | |
| Number dialed | | | |
| Call connected | | | |

To hang up say "Phone"..."Quit" or press END, or
for a follow on call say "Phone"..."Start" to go back to "Ready"

◊ During a sequence you can say "Clear" to bring you back to "Ready."
◊ For accurate results follow the sequences exactly as shown.
◊ If you get error messages, please refer to VoiceDial Messages And Responses.

- 12 -

## USER PROGRAMMABLE FEATURES

Some features of VoiceDial can be turned on and off by pressing certain codes on the keypad of your phone. All the codes act like an on/off toggle switch. VoiceDial is designed with this flexibility for each user's needs.

Each time you change a setting, VoiceDial tells you what its voice response will be. Listed below are all the features you can change. When VoiceDial leaves the factory, all features are set to on except for Digit Repeat.

| FEATURE | KEY CODE | VOICE RESPONSE ON | OFF |
|---|---|---|---|
| DIGIT REPEAT (Each digit repeated as dictated) | **0 | "Digit repeat" | "Digit repeat off" |
| PHONE START (Turned on) | **1 | "Hello" | "Hello off" |
| PHONE QUIT (Hang up) | **2 | "Service OK" | "Service off" |
| PHONE (Call answer) | **3 | "OK" | "OK off" |
| PHONE START PRACTICE (User practice session) | **7 | — | — |

RECOMMENDATION: Enter these codes into your phone only when the phone is powered up and your vehicle is stationary.

NOTE: With some cellular phones, the Digit Repeat and Phone Start Codes are opposite to the above list. If this occurs, simply use the other code for the proper response.

- 13 -

## VOICEDIAL MESSAGES AND RESPONSES

VoiceDial may give you a response for a number of reasons: if you mispronounce or say an incorrect command; noises in the background, such as other people talking, the radio is loud, unusually loud traffic noises, etc. The most important of the responses you might hear are "*Please repeat,*" or "*Pardon,*" "*Slower please*" and "*Louder please.*" You may also hear "*Location Error,*" "*Memory Error*" or just "*Error.*"

- "*Please repeat*" or "*Pardon,*" means you should repeat the last word or digit that you spoke.

- "*Slower please*" means you should say again, but leave a slightly longer pause between the words or digits.

- "*Louder please*" means you should repeat the last word or digit that you spoke, only this time louder.

Typically, one of these responses has been generated because VoiceDial heard something that it did not expect or cannot understand. Usually, it is obvious what caused the response (such as a loud background noise, etc.).

However, it is not always possible to control such noises in a moving vehicle. If conditions are not right, say "*Clear*" to get back to "*Ready,*" and then another "*Clear*" again, or press END. You hear 2 "beeps." VoiceDial is in standby.

- "*Location error*" occurs if you ask VoiceDial to access an invalid number from the phone's memory. For example, if the phone has twenty available memory locations and you give the commands "*Call*", "*Memory,*" "*Six*" ..."*Two*" (i.e. memory location 62), VoiceDial knows there is no such memory location.

- "*Memory error*" occurs if you ask VoiceDial to recover a telephone number from an empty memory location.

- "*Error*" occurs if you dictate more than sixteen digits at any one time.

- 14 -

If you hear any of these error messages, it is best to stop and check this Guide to see where the mistake is being made and start from the beginning again.

In addition to the above messages, there are other responses. These messages tell you about VoiceDial's status or remind you to say something. All these responses are self explanatory and you should have no difficulty in understanding what they mean or why they are prompting you.

## HINTS IN OPERATING VOICEDIAL

The following hints are helpful in getting the best performance from VoiceDial:

- When you say "*Dial,*" VoiceDial expects to hear only the digits, followed by the command "*End.*"

- When you say "*Call,*" VoiceDial expects to hear one word from the descriptive word list and only these words.

- When you say "*Call*" followed by "*Memory,*" VoiceDial expects to hear a two digit memory location.

- A single "*Clear*" undoes your last command and brings you back to "*Ready*" (unless you are dictating digits, then the last dictated digit is erased from the display and VoiceDial says "*Digit please*" to enable you to say another digit. If you now want to stop dictating digits a second "*Clear*" is required to bring VoiceDial to "*Ready*").

    A final "*Clear*" after "*Ready*" puts VoiceDial in standby.

- VoiceDial does not interfere with the normal functions of your phone. Make and receive your calls as normal.

- You can always turn VoiceDial on and off by pressing the END button. When in doubt, press the END button to start over. Press buttons lightly – never hold them down.

- While making a call and the phone at the other end is still ringing or busy, you can not hang up the phone by voice command. If either of these conditions occurs, hang up your phone by pressing the END button.

- Shouting distorts your voice. VoiceDial may interpret this as noise. Always speak clearly and in a natural tone. Digits should be dictated one at a time, but wait for the beep between each digit.

- The microphone should be mounted directly in front of you, positioned 12 to 15 inches from your mouth and the switch on LO, or 18 inches on HI. The visor is a good location, since a directional microphone performs best when you face the microphone when you speak.

- For the best performance, try to make your calls when background noises are at a minimum. VoiceDial has been designed to accept a certain amount of noise, but loud noises inside and outside a moving vehicle can overwhelm it. Windows should be closed, the volume on the car radio or stereo turned down, and the heater/air conditioner fan set at an intermediate level. Keeping background noises at a minimum helps the other party hear you more clearly when you talk on the handsfree microphone.

- If other people in your vehicle are talking at the same time, try not to give voice commands to VoiceDial.

- Do not eat or drink when giving voice commands.

- If you receive a call while you are in the middle of voice dialing, VoiceDial immediately abandons its tasks, puts itself in standby and waits. The phone rings normally and you can then answer the call by saying "*Phone.*"

- VoiceDial alerts you to a hang up with a beep. Should you hear a beep during your conversation, to avoid a "false" hang up, just continue talking.

· 16 ·

STORED NUMBERS DIRECTORY

Write in your frequently called telephone numbers:

| Mem. Loc. | Name | Phone No. |
|---|---|---|
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| Home | | |
| Office | | |
| Secretary | | |
| Information | | |
| Emergency | | |
| Service | | |
| Friend | | |
| Broker | | |
| Work | | |
| Bank | | |

· 17 ·

## One Year Limited Warranty

**WARRANTOR:** Uniden America Corporation ("Uniden")

**ELEMENTS OF WARRANTY:** Uniden warrants, for one year, to the original retail owner, Uniden VoiceDial (hereinafter referred to as the Product) to be free from defects in materials and craftsmanship with only the limitations or exclusions set out below.

**WARRANTY DURATION:** This warranty to the original user shall terminate and be of no further effect 12 months after the date of original retail sale. The warranty is invalid if the Product is (A) damaged or not maintained as reasonable or necessary, (B) modified, altered, or used as part of any conversion kits, subassemblies, or any configurations not sold by Uniden, (C) improperly installed, (D) repaired by someone other than an authorized service center for a defect or malfunction covered by this warranty, (E) used in any conjunction with equipment or parts or as part of any system not manufactured by Uniden, or (F) installed, programmed, or serviced by anyone other than an authorized Uniden service center.

**STATEMENT OF REMEDY:** In the event that the Product does not conform to this warranty at any time while this warranty is in effect, warrantor will repair the defect and return it to you without charge for parts, service, or any other cost (except shipping and handling) incurred by warrantor or its representatives in connection with the performance of this warranty. THE ONE YEAR LIMITED WARRANTY SET FORTH ABOVE IS THE SOLE AND ENTIRE WARRANTY PERTAINING TO THE PRODUCT AND IS IN LIEU OF AND EXCLUDES ALL OTHER WARRANTIES OF ANY NATURE WHATSOEVER, WHETHER EXPRESS, IMPLIED OR ARISING BY OPERATION OF LAW, INCLUDING, BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS WARRANTY DOES NOT COVER OR PROVIDE FOR THE REIMBURSEMENT OR PAYMENT OF INCIDENTAL OR CONSEQUENTIAL DAMAGES. Some states do not allow this exclusion or limitation of incidental or consequential damages so the above limitation or exclusion may not apply to you.

**LEGAL REMEDIES:** This warranty gives you specific legal rights, and you may also have other rights which vary from state to state. This warranty is void outside of the United States of America.

**PROCEDURE FOR OBTAINING PERFORMANCE OF WARRANTY:** If, after following the instructions in this Operating Guide you are *certain* that the Product is defective, pack the Product carefully (preferably in its original packaging) and include a note describing the defect that has caused you to return it. The Product should be shipped or delivered (by UPS or insured parcel post), freight prepaid to warrantor, at:

> Uniden Customer Service
> Uniden America Corporation
> 9900 Westpoint Drive, P.O. Box 501368
> Indianapolis, IN 46250, (317) 842-2483

with evidence of original purchase.