UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ScanSoft, Inc.
            Plaintiff,            CIVIL ACTION
                                            NO.  04-10840-PBS

    v.

Art Advancec Recognition Technologies, Inc.
            Defendant.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                     June 17, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **August 5, 2004**, at **3:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                    By the Court,

                                                                    /s/ Robert C. Alba
                                                                  Deputy Clerk

Copies to:  All Counsel