

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scansoft, Inc.
Plaintiff,

V.

Civil Action Number
04-10840 -PBS

Art Advanced Recognition Tech., Inc.
Defendant.

August 5, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/15/05

Party with burden of proof expert designation deadline: 1/30/05

Opponent's expert designation deadline: 2/15/05

Expert discovery deadline: 3/15/05

Summary Judgment and Markman Motion filing deadline: 3/30/05

Opposition to Summary Judgment and Markman Motions: 4/15/05

Reply to Opposition: 4/30/05

Hearing on Summary Judgment and Markman or Pretrial Conf.: 5/26/05 at 2:00 p.m.

By the Court,

/s/ Robert C. Alba
Deputy Clerk