*INVITATION FOR TECHNOLOGICAL COOPERATION*



Company: **ART-ADVANCED RECOGNITION TECHNOLOGIES LTD.**

**DOCUMENT STRUCTURE:**

- *General information*
- *Available R&D capabilities*

## CONTACT DATA

**Organization:** ART-ADVANCED RECOGNITION TECHNOLOGIES LTD.

**Contact:** **Name:** Mr. Yakov Shulman
**Position:** VP Sales

**Address:** Kiryat Atidim - Building No. 2
P.O.Box: 58220
Tel Aviv
ISRAEL, 61580
Telephone: 03-7685000
Fax: 03-7685001
Email: yakov@artcomp.com
WEB site: www.artcomp.com

## GENERAL INFORMATION

**Established:** 1990
**Type:** Software house
**Ownership:** Private
**Parent:** ART Inc., Atlanta, Georgia

Core business

Input solutions for communication devices:
* Voice recognition systems;
* Handwriting recognition systems;
* Cellular phones and car kits;
* Pen based systems.

**Employees:** 60
**Professionals:** 45
**Market regions:** Australia, Europe, Far East, Japan, USA
**Main Markets:** Voice operated products;
Cellular phones;
Telecommunication products;
Pen computers;
Edutaiment systems;
Electronic appliances.

Overview

**ART - ADVANCED RECOGNITION TECHNOLOGIES LTD.** is a wholly owned Israeli subsidiary of ART Inc., an acknowledged pioneer and