UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scansoft, Inc.
        Plaintiff,

CIVIL ACTION
NO. 04-10840-PBS

v.

Art Advancec Recognition Technologies, Inc.
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.        September 20, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,501,966 on **November 17, 2004**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel