**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-10840-PBS |
| v. | ) ) ) | |
|  | ) | **Jury Trial Demanded** |
| ART ADVANCED RECOGNITION TECHNOLOGIES, INC. | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiff ScanSoft, Inc. in the above-captioned case.

Dated: September 24, 2004

Respectfully submitted,

/s/ Jack C. Schecter
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004
Email: jschecter@bromsun.com

02639/00550  333563.1