**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                          )
SCANSOFT, INC.                            )
                                          )
Plaintiff,                                )
v.                                        )          Civil Action No. 04-10840-PBS
                                          )
ART ADVANCED RECOGNITION                  )
TECHNOLOGIES, INC.                        )
                                          )
Defendant.                                )
_____)


**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO
SCANSOFT, INC.'S OPPOSITION TO ART ADVANCED RECOGNITION
TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT AND SCANSOFT, INC.'S
MOTIONS FOR CONTINUANCE AND ATTORNEYS' FEES**

Defendant ART Advanced Recognition Technologies, Inc. ("ART") files this assented-to

motion for the Court to extend until October 4, 2004 the date by which ART is to respond to:

(1)    ScanSoft, Inc.'s Opposition (D.I. 28) to ART's Motion for Summary Judgment of

       Non-Infringement of U.S. Patent No. 6,501,966 (D.I. 16);

(2)    ScanSoft, Inc.'s. Motion for Continuance of Summary Judgment Proceedings

       Pursuant to Rule 56(f) (D.I. 27); and

(3)    ScanSoft, Inc.'s Motion for Attorneys' Fees Pursuant to Rule 56(g) (D.I. 29).

Counsel for ScanSoft, Inc. has assented to this extension of time.

The Court has scheduled a hearing on ART's Motion for Summary Judgment of Non-

Infringement of U.S. Patent No. 6,501,966 for November 17, 2004 at 2:00 p.m.

WHEREFORE, ART respectfully requests that the Court extend until October 4, 2004

the date by which it is allowed to respond to the above-mentioned pleadings.

-2-

Dated: September 27, 2004                    Respectfully submitted,

                                             ART ADVANCED RECOGNITION
                                             TECHNOLOGIES, INC.

                                             By its Counsel,

                                             /s/ Jeremy P. Oczek

                                             _____
                                             Steven M. Bauer (BBO #542531)
                                             Jeremy P. Oczek (BBO #647509)
                                             PROSKAUER ROSE, LLP
                                             One International Place
                                             Boston, MA 02110
                                             Tel: (617) 526-9600
                                             Fax: (617) 526-9899

**<u>Certificate Pursuant To Rule 7.1</u>**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for ScanSoft, Inc. has assented to this motion.

                                             /s/ Jeremy P. Oczek

                                             _____
                                             Jeremy P. Oczek (BBO #647509)