# 1 entry found for *telecommunication system.*

**telecommunication system**

n : a communication system for communicating at a distance [syn: telecom system, telecommunication equipment, telecom equipment]

Source: *WordNet ® 2.0, © 2003 Princeton University*