UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>ART ADVANCED RECOGNITION )<br>TECHNOLOGIES, INC. )<br><br>Defendants. ) | Civil Action No. 04-10840 PBS |

**PLAINTIFF'S RULE 26 INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), ScanSoft, Inc. ("ScanSoft") states its required disclosures as follows. These initial disclosures are based on information currently available to ScanSoft that is relevant to this action as of the date of this disclosure. ScanSoft reserves the right to amend or supplement these disclosures consistent with its obligations under Fed. R. Civ. P. 26(e).

A. For purposes of this automatic required disclosure, the following individuals are likely to have discoverable information that ScanSoft may use to support its claims or defenses:

1. Michael Phillips, Chief Technology Officer, ScanSoft, 695 Atlantic Avenue, Boston, MA 02111 (617-428-4444). Mr. Phillips is likely to have information concerning the design and development of the technology covered by U.S. Patent No. 6,501,966 (the "'966 patent").

2. Alan Schwartz, Vice-President, Embedded Speech, ScanSoft, 9 Centennial Drive, Peabody, MA 01960 (978-977-2000). Mr. Schwartz is likely to have information concerning the development

of ScanSoft's embedded speech recognition technology and the market for such technology.

3. Arthur Haberman, Director Contracts/Order Administration, ScanSoft, 9 Centennial Drive, Peabody, MA 01960 (978-977-2000). Mr. Haberman is likely to have information concerning sales and distribution of any ScanSoft products or services using the technology covered by the '966 patent, including general financial information regarding the costs, expenses, revenue, etc.

4. Peter Foster, 3924 Bryn Mawr, Dallas, TX 75225, (214)-373-9393.

5. Yakov Shulman, Acting CEO and Vice President, Sales, ART, Kiryat Atidim – Building No. 2, P.O. Box 58220, Tel Aviv 61580 Israel. Mr. Shulman is likely to have information concerning the design, development and sale of the accused ART products.

6. Tal Yadid, Chief Technology Officer, ART, Kiryat Atidim – Building No. 2, P.O. Box 58220, Tel Aviv 61580 Israel. Mr. Yadid is likely to have information concerning the design, development and sale of the accused ART products.

7. Gabriel Artzi, Director of Sales and Business Development, Americas, ART, 3375 Cochran Street, Simi Valley, CA 93063 (805-581-3999). Mr. Artzi is likely to have information concerning sales and distribution of the accused ART products, including general financial information regarding the costs, expenses, revenue, etc.

B. For purposes of this required disclosure, and reserving all objections and privileges regarding the production and discoverability of said documents and tangible things, the following are categories of documents and tangible things at ScanSoft, Inc., 9 Centennial Drive, Peabody, MA 01960, or at ScanSoft's attorneys' offices, that ScanSoft may use to support its claims or defenses:

1. The patent-in-suit, the prosecution history of same, and prior art and references cited in same; and

2. Documents concerning any design, development, production, manufacturing, marketing, purchasing, sales, and costs of the technology covered by the '966 patent.

C.  At this early stage of the litigation, ScanSoft has not yet computed the amount of damages that it claims in this action. ScanSoft will further supplement this disclosure as required under Rule 26.

D.  ScanSoft is currently unaware of any insurance, indemnification, or like agreement under which anyone may be liable to satisfy all or part of any judgment that may be entered in this action.

Dated: August 19, 2004

SCANSOFT, INC.
By its attorneys,

_____
Lee Carl Bromberg, BBO #058480
Robert M. Asher, BBO #022865
Julia Huston, BBO #562160
Brian M. Donovan, BBO #650551
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

## CERTIFICATE OF SERVICE

I certify that, on the above date, a true copy of this document was served by hand messenger on counsel for ART Advanced Recognition Technologies. Inc., Steven M. Bauer, Esq., Proskauer Rose LLP, One International Place 14th Floor Boston, MA 02110-2600.

_____
Julia Huston

02639/00550 327970.1