## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10840-PBS |
| | ) | |
| ART ADVANCED RECOGNITION | ) | |
| TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JOHN M. O'TOOLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF PROTECTIVE (CONFIDENTIALITY) ORDER
### -AND-
## CROSS-MOTION FOR ENTRY OF PROTECTIVE ORDER

I, John M. O'Toole, declare and state as follows:

1. I submit this declaration in support of ScanSoft's Motion for Entry of Protective Order.

2. I have been a member in good standing of the bar of Massachusetts since 1982, and have been employed as in-house counsel by plaintiff, ScanSoft, Inc. ("ScanSoft") and its predecessor, Speechworks International, Inc., for four and a half years. I have never been subject to discipline by the Board of Bar Overseers, nor have I ever been held in contempt of a Court order (including a protective order).

3. I am not a member of ScanSoft's board of directors, nor am I a corporate officer of ScanSoft or any of its subsidiaries or affiliates. I am not related by blood or marriage to any member of ScanSoft's board of directors or corporate officers.

4.    I have day to day management responsibility for the litigation in this matter.  I have been actively involved in all major strategy decisions concerning this action, the development of the strategy in prosecuting it, and the day-to-day work on the case.

5.    I would be substantially less able to make informed decisions about the litigation and settlement of this action if I did not have access to relevant information produced in discovery, including the financial information and other information that I understand ART Advanced Recognition Technologies, Inc. ("ART") intends to designate as "HIGHLY CONFIDENTIAL."

6.    In my position as in-house counsel at ScanSoft, I typically advise business people concerning the legality of transactions and the status of particular litigations, and not with respect to how ScanSoft can more effectively compete with a specific competitor or class of competitors.

7.    I have not been involved, nor do I expect to become involved, in decisions of pricing (other than the price of legal services), the selection of non-legal vendors, scientific research, product design and development or marketing strategies with r espect to ScanSoft's business.

8.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  October _26_ , 2004
              Boston, Massachusetts

_____
John M. O'Toole

2

*Counsel for Plaintiff, ScanSoft, Inc.*

Lee Carl Bromberg, BBO #058480
Robert M. Asher, BBO #022865
Julia Huston, BBO #562160
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
Telephone: (617) 443-9292
Facsimile: (617) 443-0004

02639/00550  341502.1