# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-10840-PBS |
| ) | |
| ART ADVANCED RECOGNITION ) | |
| TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER TO COMPEL
## DEPOSITIONS AND PRODUCTION OF DOCUMENTS

IT IS HEREBY ORDERED that Peter Foster, Thomas Schalk and Bernard Bareis must stand ready to be deposed in the above-captioned action on or before November 16, 2004, and must produce documents pursuant to the subpoenas served upon them at least two (2) business days before their respective depositions.

Dated: _____, 2004          _____
                                         United States District Judge