UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                               Civil Action
                                               No: 04-10840-PBS

Scansoft, Inc.,
Plaintiff,

v.

Art Advanced Recognition Technologies, Inc.,
Defendant.

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

    The Court having been advised that the above captioned action settled:

    It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 120 days if settlement is not consummated.

                                                                           By the Court,

                                                                    /s/ Robert C. Alba
                                                                  Deputy Clerk

November 15, 2004

To: All Counsel